UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 NOV 29 PM 2: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs Kimberly Rolack**                                          Docket No. **2:01CR20042-003**

### Petition on Probation and Supervised Release

**COMES NOW** Patrick J. Hanley, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Kimberly Rolack, who was placed on supervision by the Honorable Jon P. McCalla sitting in the Court at Memphis, on the 15th day of August, 2001, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

> 1.) The defendant shall obtain her GED if she has not done so during the period of incarceration.(Satisfied)
> 2.) The defendant shall pay restitution in the amount of $16,000.00.  (Balance: $15,180.00)

\*       The term of Supervised Release began on December 13, 2002.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant failed to pay $16,000.00 restitution as ordered by the Court.**

During the course of supervision, Kimberly Rolack paid an average of Twenty-Five Dollars ($25.00) monthly on a consistent basis toward her financial obligation through June 2005, when Ms. Rolack became unemployed. In November 2005, Ms. Rolack caught up her missed restitution payments. Ms. Rolack has signed a Payment Agreement with the United States Attorney's Office (Financial Litigation Unit) wherein she has agreed to pay Twenty Dollars ($20.00) per month until her restitution balance is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Kimberly Rolack's term of Supervised Release terminate as scheduled on December 12, 2005, with the understanding that the United States Attorney's Office/Financial Litigation Unit will pursue collection of the restitution.

**ORDER OF COURT**                                                      Respectfully,

Considered and ordered this 29 Day          _/s/ Patrick J. Hanley_
of Nov., 2005, and ordered filed             Patrick J. Hanley
and made a part of the records in the above  United States Probation Officer
case.
                                             Place: Memphis, Tennessee
_/s/ Jon P. McCalla_
United States District Court                 Date: November 17, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-30-05

293

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 293 in case 2:01-CR-20042 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT